UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RUBEN ARRIAGA and AURORA ARRIAGA,<br><br>          Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., and DOES 1-10, inclusive,<br><br>          Defendants. | CASE NO.: 8:14-cv-01253-CJC-RNB<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to the Hon. Cormac J. Carney*] |

On September 9, 2014, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint, in its entirety, with prejudice.

/ / /

/ / /

/ / /

1  Accordingly:

2  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3  1.  The Complaint is dismissed, as to all causes of action, with prejudice;

4  2.  Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and;

6  3.  Plaintiffs Ruben Arriaga and Aurora Arriaga shall recover nothing in this action from defendant Wells Fargo.

Dated:  September 15, 2014

_____
THE HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE